```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
```

| | | |
|---|---|---|
| MATTIE LAFRANCE | * | CIVIL ACTION |
| VERSUS | * | NO: 09-7187 |
| STATE FARM FIRE & CASUALTY COMPANY | * | SECTION: "D"(3) |

### ORDER AND REASONS

Before the court is the **"Motion for Remand"** (Doc. No. 6) filed by Plaintiff, Mattie LaFrance, and set for hearing on February 24, 2010. However, Defendant, State Farm Fire and Casualty Company, filed a Memorandum of No Opposition (Doc. No. 7). Accordingly;

**IT IS ORDERED** that Plaintiff's *unopposed* **Motion for Remand** be and is hereby **GRANTED.**

New Orleans, Louisiana, this **18th** day of **February**, **2010**.

_____
A.J. McNAMARA
UNITED STATES DISTRICT JUDGE